IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-00688-ZLW-BNB

CAROL L. WILSON,

    Plaintiff,

v.

STANDARD INSURANCE COMPANY OF NEW YORK and
TEACHER'S INSURANCE AND ANNUITY ASSOCIATION OF AMERICA,

    Defendants.

---

## ORDER

---

    The matter before the Court is Plaintiff's Unopposed Motion To Dismiss Defendant TIAA Without Prejudice (Doc. No. 3). It is

    ORDERED that Plaintiff's Unopposed Motion To Dismiss Defendant TIAA Without Prejudice (Doc. No. 3; Apr. 16, 2010) is granted. It is

    FURTHER ORDERED that Defendant Teacher's Insurance and Annuity Association of America is dismissed without prejudice from this action, and the case caption shall be amended accordingly.

    DATED at Denver, Colorado, this 21st day of April, 2010.

                            BY THE COURT:

                            _____
                            ZITA LEESON WEINSHIENK, Senior Judge
                            United States District Court