IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-00688-ZLW-MEH

CAROL L. WILSON,

    Plaintiff,

v.

STANDARD INSURANCE COMPANY OF NEW YORK,

    Defendant.

---

ORDER OF DISMISSAL WITHOUT PREJUDICE

---

    Pursuant to and in accordance with the Unopposed Motion To Dismiss Without Prejudice (Doc. No. 6; Apr. 23, 2010), it is

    ORDERED that the Complaint and cause of action are dismissed without prejudice, the parties to pay their own costs and attorney's fees.

    DATED at Denver, Colorado this 12th day of May, 2010.

                          BY THE COURT:

                          _____
                          ZITA LEESON WEINSHIENK, Senior Judge
                          United States District Court